IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MALIK JA'RELLE WILLIAMS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV422-217
)
U.S. EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's September 19, 2022, Report and Recommendation. (Doc. 4.) In response, Plaintiff Malik Williams filed a motion to dismiss his case. (Doc. 5.) After a careful review of the record,[1] the report and recommendation (Doc. 4) is **ADOPTED** as the Court's opinion in this case.[2] Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of December 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (outlining the standard of review for report and recommendations (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam))).

[2] Plaintiff's motion to dismiss (Doc. 5) is **DISMISSED AS MOOT**.