AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MALIK JA'RELLE WILLIAMS,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-217

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated December 20, 2022 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of this Court, Plaintiff's Complaint is dismissed without prejudice. This case stands closed.

| December 20, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *James R. Burrell* (signature) |
| | (By) Deputy Clerk |

GAS Rev 10/2020